IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JAMES LAMBERT                                                                            PLAINTIFF

VS.                              Case No. 05-CV-4016

ARQUEST, INC.                                                                            DEFENDANT

## **ORDER**

Now on this 21st day of November, 2005, comes on for consideration the above styled cause. It appearing to the Court that the matter has been settled, it is ordered that the case be, and it is hereby, dismissed with prejudice, subject to the terms of the settlement agreement. If any party desires to make the terms of settlement a part of the record herein, those terms should be reduced to writing and filed with the court within 30 days from the file date of this order. The Court retains jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and that further litigation is necessary.

IT IS SO ORDERED.

                                                  /s/ Harry F. Barnes
                                                  Hon. Harry F. Barnes
                                                  U.S. District Court